Adam Michael SHIELDS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 54528.

Missouri Court of Appeals,
Western District.

May 12, 1998.

Kent Denzel, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and LOWENSTEIN and SPINDEN, JJ.

**ORDER**

PER CURIAM.

Movant's Rule 24.035 motion was dismissed for filing out of time under Rule 24.035(b). Judgment affirmed. Rule 84.16(b).

In the Interest of L.N.M., B.J.B.,
D.T.B., A.S.B., Minors.

JUVENILE OFFICER, Respondent,

v.

S.B. (Natural Mother) and B.W.J.B.
(Natural Father), Appellants.

Nos. WD 54431, WD 54469.

Missouri Court of Appeals,
Western District.

May 12, 1998.

Colly J. Durley, Columbia, guardian ad litem.

Elizabeth K. Magee, Columbia, for respondent.

Dewey L. Crepeau, Columbia, for Natural Mother.

Beverly S. Riordan, Columbia, for Natural Father.

Before HANNA, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

**Order**

PER CURIAM.

S.B. appeals the judgment of the Circuit Court of Boone County terminating her parental rights to L.N.M., B.J.B., D.T.B. and A.S.B. for abuse and neglect pursuant to § 211.447.2(2). B.W.J.B. appeals the judgment of the Circuit Court of Boone County terminating his parental rights to B.J.B., D.T.B. and A.S.B. for abuse and neglect pursuant to § 211.447.2(2).

Affirmed. Rule 84.16(b).